Kennedy, J.,
concurring.
*463 Stephen C. Rodeheffer and John A. Gambill, for appellee.
Kegler Brown Hill & Ritter, L.P.A., Eric B. Travers, and Timothy A. Kelley, for appellant.
Bricker & Eckler, L.L.P., Jack R. Rosati Jr., and Adam F. Florey, urging reversal for amici curiae, County Commissioners Association of Ohio, Ohio Municipal League, Ohio School Boards Association, and Ohio Township Association.
{¶ 43} I agree with the majority opinion. However, I would exclude the first paragraph of the majority’s conclusion.
{¶ 44} Therefore, I respectfully concur.
O’Donnell, J., concurs in the foregoing opinion.